FILED
CLERK, U.S. DISTRICT COURT
JAN 14 2011
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>Julian Horacio Sanchez-Macias<br><br>     Defendant. | Case No.: ED CR07-00081-VAP<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

  Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND & TIES TO COMMUNITY
- UNKNOWN BAIL RESOURCES
- UNDOCUMENTED IMMIGRATION STATUS

1

1 | and/or
2 | B.    ( )    The defendant has not met his/her burden of establishing by clear and
3 | convincing evidence that he/she is not likely to pose a danger to the
4 | safety of any other person or the community if released under 18
5 | U.S.C. § 3142(b) or (c). This finding is based on the following:

6 | _____
7 | _____
8 | _____
9 | _____

12 | IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 | revocation proceedings.

15 | Dated: 1/14/11

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge